AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT,
Waseem Ul Haq Sheikh and Tahir Saeed

Your Affiant, Victoria K. Richtol, Special Agent of the Federal Bureau of Investigation, Washington Field Office, Washington, D.C., being duly sworn, hereby deposes and states as follows:

I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of title 18 of the United States Code. As a law enforcement officer of the United States, I am empowered by law to conduct investigations of, and to make arrests for, violations of offenses enumerated in 18 U.S.C. §2516, which include the illegal importation and distribution of controlled substances, 21 U.S.C. §§841(a)(1), 846, 952, 963, money laundering, 21 U.S.C. §1956, mail fraud, 18 U.S.C. §§1341and 1349, and conspiracies involving such.

I am a Special Agent with the FBI, assigned to the Washington Field Office, xxx x$^{th}$ Street NW, Washington, DC. I have been a Special Agent since April 25, 1997. In my capacity as a Special Agent of the FBI, I have been assigned to work various matters, to include, health care fraud, illegal drug trafficking and illegal diversion of pharmaceuticals. During my law enforcement career, I have participated in numerous investigations involving health care fraud, bank fraud, wire fraud, fraud against the federal government, telemarketing fraud, and narcotics violations and money laundering. I have received considerable training in such areas of criminal conduct. I have personal knowledge of the following facts, and know the same from either direct participation in the investigation or from information conveyed to me by other law enforcement officials and reliable witnesses.

Facts:

On January 26, 2009, Metropolitan Police Department Officials of Washington, D.C., responded to a police emergency call at xx E Street, N.W., Apartment xxx, Washington D.C. to investigate a dead body found in the apartment. The investigation revealed that the body found therein was that of Vassilios Stassinos. The investigation of the death of Stassinos revealed that he had been importing controlled substances in the form of pharmaceuticals, from Pakistan and China in violation of U.S. law. Pharmaceutical drugs, both prescription required controlled substance medication and prescription required non-controlled medication are regulated by 21 U.S.C. §§801-971 for controlled substances, and by 21 U.S.C. §§301-397 of the Food, Drug and Cosmetic Act for prescription required non-controlled medication. The U.S. federal regulatory scheme does not permit the distribution or dispensing of controlled substance pharmaceuticals nor of prescription required non-controlled substances except by licensed health care practitioners who are acting within the scope of legitimate medical profession, or by pharmacists filling a valid prescription. All controlled substances are available to the U.S. public only by prescription. 21 U.S.C. §829(c). The Food and Drug Cosmetic Act (FDCA) prohibits the introduction or delivery for introduction into interstate commerce, or the causing of such introduction or delivery of any drug that is misbranded. 21 U.S.C. §331(a) and 333, felony). A drug is defined as misbranded if it was manufactured, prepared, compounded or processed by an establishment not registered under the FDCA. 21 U.S.C. §352(o). Drugs manufactured in Pakistan or China are not entities registered under the FDCA, and the drugs found in Stassinos's apartment, were illegal, and deemed misbranded. The federal regulatory scheme does not permit the importation of controlled substances or of prescription required non-controlled medication when such pharmaceuticals are not approved in the U.S.A. by the Food and Drug Administration.

At the time of his death, Stassinos, who was neither a registered physician nor pharmacist, and thus, lacked authority to dispense pills, possess pills imported from Pakistan or China. At the time of his death he had several thousand pills(over 17,000) in this apartment . These drugs included Xanax, Vicodin, Ritalin, Valium and various drugs of the analgesic family that are available by prescription only and which are listed as controlled substances. These drugs had labeling and packaging in Chinese and some in Urdu (Pakistan) writing.

Further investigation of documents and computers retrieved from the apartment and discovered during search warrants showed that Stassinos conducted significant drug business with a person identified as Sheikh Waseem UL Haq (hereinafter, Sheikh) in Karachi, Pakistan, who operated under the business name of "Waseem Enterprises." The analysis of computer data and documents showed that Stassinos was placing e-mail requests for prescription required drugs to Sheikh, who then shipped the orders from Pakistan to Stassinos at either his E Street address or an address in Olney, Maryland. Sheikh would also provide the name of an individual and a location where Stassinos was directed to send payment via Western Union. Sheikh regularly signed his e-mails with Stassinos "Sheikh" and Stassinos directed his inquires to "Mr. Sheikh". A search of public records and the internet site revealed that Waseem Enterprises used business-to-business websites and other online outlets to sell pharmaceutical drugs. His web site also directed customers to another web site engaged in the exportation of pharmaceuticals from Pakistan as Harry's Enterprises. It is illegal to import prescription required pharmaceuticals into the United States absent a license to do so, because U.S. law requires that such drugs first must be approved by the Food and Drug Administration and such drugs must be manufactured in a way that complies with FDA mandated quality control regulations. Consequently, such imported drugs, even if they contain the active ingredient of medication otherwise lawfully dispensed in

the U.S.A., are contraband, illegal and/or treated as misbranded medication under 21 U.S.C. §331(a).

On December 16, 2008, Sheikh sent Stassinos a tracking number for an ephedrine order. Within that e-mail communication, Sheikh provided a tracking number to Stassinos, and links to two tracking services. At the end of that e-mail correspondence, Sheikh provided the following contact information: Sheikh Waseem UL Haq, Reliable Name in Quality Pharmaceuticals, Tel#1: +92-300-8292627, Tel#2: +92-321-8292627, UK Tel#: +447031801851, Fax#1: +92-21-4550131, Email: swuhaq@cyber.net.pk, Email: sheikh@ufone.blackberry.com, Email: pharmex@cyber.net.pk, Skype: waseement.com, MSN: sheikhw@hotmail.com, Yahoo: swaseem@yahoo.com, Website, http://www.waseement.com. [The 92-300-8292627 phone number, the 92-21-4550131 fax number and the swuhaq@cyber.net.pk email address match the information collected in the pharmaceutical industry investigations.]

In January 2010, agents served search warrants on Microsoft Corporation and Yahoo! Inc. regarding e-mail addresses sheikhw@hotmail.com (Misc. 10-39) and swaseem@yahoo.com, (Misc. 10-44) respectively. A review of records provided by Microsoft Corporation and Yahoo! Inc. produced a host of communications between Waseem Enterprises and many persons both in the United States and abroad. Several hundred of these communications contained detailed conversations regarding the purchase and shipment of controlled substances from Pakistan. Contained within the Yahoo! Inc., records, was an e-mail dated December 30, 2002. The e-mail was from the e-mail address "Sheikh Waseem UL Haq" swuhaq@cyber.net.pk and addressed to: swuhaq@cyber.net.pk, sheikhw@hotmail.com and swaseem@yahoo.com with a subject of "licence". Contained in the text area of the e-mail is a .jpg image of a document. The document is titled "DRUG LICENCE BY WAY OF WHOLESALE". The license is listed as "NEW" and

stamped "ORIGINAL". The document is dated "06/02/2002" (February 6, 2002), and lists the licensed entity as:

> Licence to sell, stock & exhibit for sale and distribute drugs by way of wholesale.
> MR. SHEIKH WASEEM-UL-HAQ S/O SHEIKH NASEEM-UL-HAQ
> M/S. WASEEM ENTERPRISES.

The investigation focused upon shipments of pharmaceuticals from Pakistan to U.S. customers in the U.S.A.

Results of the Microsoft Corporation search warrant yielded over 2,000 e-mails. The vast majority of these e-mails dealt directly with drug trafficking, with many of them discussing the difficulties of shipping "products" to the United States. The importance of some of these emails are that they demonstrate that Sheikh is and was aware his business of shipping pharmaceuticals from Pakistan to the U.S.A. is illegal, is likely to be confiscated at customs borders, and that he pays bribes to customs officials in Pakistan to mail his pharmaceuticals to the U.S.A. and elsewhere.

In July 2007, Sheikh emailed an unknown US customer:

> " Honestly speaking, I was quite afraid of receiving over 30 queries in 1 day and all of them from US…I thought that might be some kind of trap or FBI thing to locate people selling to US buyers…So I simply refused them all.. and only doing business with people I have with for some time and I know that they are not cops."

In a July 18, 2009 e-mail between "Sheikh" (sheikhw@hotmail.com) and an unknown customer in the United States (papasung@hushmail.com), Sheikh specifically describes how products are packaged to avoid detection:

> "We usually pack in small boxes, all ampoules placed in plastic treys/holders to avoid breakages or rattling sound, then carbon paper wrapped all over the package to avoid xray scanning, then shrink wrapped, then wrapped in brown paper, then wrapped in white cloth/textile (as per required by our post office customs)..."

In a series of e-mails in October 2009, e-mail between "Sheikh" ("Sheikh Waseem UL Haq" <swuhaq@cyber.net.pk>, "Sheikh Alexander" <sheikhw@hotmail.com> and swaseem@yahoo.com), and "Malcolm" (Malcolm Borg <champmlt@malta.net> and malcolmborg@onvol.net), "Sheikh" acknowledged paying a bribe to facilitate a transaction. Sheikh stated:

> ". . . Secondly, we do have Nubain, 10mg and 20 mg ampoules.  (5amps/pack) But this product cannot be officially exported.  have to pay bribe to customs here."

Further investigation revealed that Sheikh was also sponsoring another web site, Harry's Enterprises, which exported pharmaceuticals from Pakistan.  On May 18, 2010, the publicly accessible "www.WaseemEnt.com" website stated in part, "to facilitate our customers with more devotion and concentration, we have separate department for exports with the name of "Harry's Enterprises".  The website also indicates that Waseem Enterprises is "…one of the leading Importers, Wholesalers & Exporters of Pharmaceuticals from Pakistan."  Contact e-mail addresses listed on the site are info@waseement.com and sales@waseement.com.  The site indicates that it was developed and marketed by "IT MANIA".

On May 18, 2010, the publicly accessible "www.harrysent.com" website stated in part, "About Us, We are pleased to introduce Harry's Enterprises as one of the leading Importers & Exporters of Pharmaceuticals from Pakistan. . . .  We have already acquired a respectable name among the customers in USA . . . through our continuous efforts of providing best service at fair price with complete satisfaction… To facilitate our customers with more devotion and concentration, we have separate department for Imports with the name of "Waseem Enterprises".

The website lists the company as being associated with the "Pakistan Chemist & Drug Association." The website lists contact e-mail addresses in the same format as the Waseem Enterprises website, info@HarrysEnt.com and sales@HarrysEnt.com. This site also indicates that it was developed by "IT MANIA".

### Facts Establishing Identity of Waseem Ul Haq Sheikh and Tahir Saeed.

On May 18, 2010, the Harry's Enterprises website contained a cell phone contact number of 92-300-8292627. Additionally, the website had posted photographs of adult males posing at an "International Exhibition in Germany 2009." Research of public records identified the German Exhibition as "EXPOPHARM".

An inquiry was made of German authorities regarding possible travel documentation to and from Germany by Sheikh and Tahir Saeed to the EXPOPHARM International Exhibition in Germany. German authorities responded with information that the men had entry visas on file with Germany. Sheikh's information was listed as: Waseem UL Haq Sheikh, date of birth January x, xxxx, Pakistan passport number AHxxxxxxxxx. Tahir's information was listed as: Tahir Saeed, date of birth January x, xxxx, Pakistan passport numbers BFxxxxxxxxx and BFxxxxxxxxx. Scanned copies of undated visa photographs were also provided by the German authorities.

Federal Bureau of Investigation agents learned that Eli Lilly, a pharmaceutical manufacturer in the United States had conducted a private investigation of trade infringement and counterfeit drug production and met with Waseem Ul Haq Sheikh and his partner, Tahir Saeed in Thailand and employees of Eli Lily conducted photo surveillance. On January 26, 2008, a surveillance team observed Sheikh, Tahir and the other two male individuals traveling with them in Phuket, Thailand. Additional photographs were taken by the surveillance team.

The Orion surveillance team observed the travel party to leave Phuket and travel back to Bangkok on January 28th. Later on the 28th, the party boarded the 6:55 pm Cathay Pacific flight CX0701 for Karachi, Pakistan.

Checks with Suvarnabhumi International Airport (Bangkok), Thailand resulted in the following identifications of Sheikh and Tahir: Sheikh Waseem UL Haq, date of birth January x, xxxx, Pakistan passport number AHxxxxxxxx; Tahir Saeed, date of birth January x, xxxx, Pakistan passport number BFxxxxxxxx. Scanned copies of the entry/exit photos at the airport and the photo page of their passports where also received from airport authorities.

An analysis of physical characteristics of the individual in the photographs of Tahir from the Thailand meeting and travel surveillances, the Thailand airport and passport scans, the German visas, and the Harrys Enterprises website photographs from the "International Exhibition in Germany 2009" conclude that the photographs are of the same person.

An analysis of physical characteristics of the individual in the photographs of Sheikh from the Thailand meeting and travel surveillances, the Thailand airport and passport scans, the German visas, and the Harrys Enterprises website photographs from the "International Exhibition in Germany 2009"conclude that the photographs are of the same person.

**Evidence of Partnership between Waseem Ul Haq Shiekh and Tahir Saeed**.

A search of Sheikh's email records obtained via search warrants for "Harrys Enterprises" revealed that on October 11, 2009, an e-mail with an attachment is forwarded from the "Sheikh Waseem UL Haq" < swuhaq@cyber.net.pk> address to the sheikhw@hotmail.com address. This e-mail is then almost immediately forwarded from the "Sheikh Alexander" <sheikhw@hotmail.com> address to alijamil@cyber.net.pk. The e-mail subject line on both e-mails reads, "FW: PARTNERSHIP DEED". The attachment is a scanned copy of a document

labeled "PARTNERSHIP DEED". The document is dated "1st Day of JULY, 2008". The Deed is for a business entity called "HARRYS ENTERPRISES". The listed partners of the company are Mr. Tahir Saeed son of Muhammad Saeed Rangila, and Mr. Sheikh Waseem Ul Haq son of Sheikh Naseem Ul Haq. They are listed as 50/50 partners in the firm. The narrative portion of the document indicates that the partners have been:

> …engaged in the business of exports with name and style of HARRYS ENTERPRISES . . . since, 2003, have now consented to form a Partnership Firm for smooth functioning of business and for the purpose of conducting the business of exports, imports and General Trading of Pharmaceutical and Consumer products and other business activities incidental to main business.

The document identifies Tahir as the "Chief Operating Officer", and indicates that the profits of the company are to be shared equally between the partners. The document has a Notary Public seal and two witness signatures.

An inquiry was made of German authorities regarding possible travel documentation to and from Germany by Sheikh and Tahir to the EXPOPHARM International Exhibition in Germany. German authorities responded with information that the men had entry visas on file with Germany. Sheikh's information was listed as: Waseem UL Haq Sheikh, date of birth January x, xxxx, Pakistan passport number AHxxxxxxxxx. Tahir's information was listed as: Tahir Saeed, date of birth January x, xxxx, Pakistan passport numbers BFxxxxxxxxx and BFxxxxxxxxx. Scanned copies of undated visa photographs were also provided by the German authorities.

In June 2011, Sheikh used his alex.sheikh1@gmail.com account to communicate with DHL shipping services regarding a package that was seized in United Arab Emirates. Sheikh

identified himself in the email as Sheikh Waseem, "a partner at Harrys Enterprises, Karachi.  We are Licensed Pharma Exporters and have been doing business with DHL for last 7-8 years.  Sheikh signs the email as "Sheikh., Harrys Ent., 0300-8292627, 0321-8292627.

A search warrant was served on Facebook in September 2011 for information associated with a Facebook account linked with the email account name sheikhw@hotmail.com.  Materials found within the Facebook account of user ID #1000002597499747 included a photograph of an adult male with multiple females and a young male.  The adult male in the photograph was tagged as Sheikh Waseem.  The photograph was "tagged" (a term used by users of Facebook accounts to describe the attachment of descriptive information to persons in a photograph) indicating that the adult male is Sheikh.

Administrative information regarding the Facebook account received from Facebook as a result of the search warrant indicated that the email address alex.sheikh1@gmail.com is also related to the Facebook page.

There are several friends linked to the Facebook account linked with email account name sheikhw@hotmail.com.  On Facebook, a friend is defined as two Facebook account holders who have accepted knowledge of each other, thus allowing limited access to each other's account.  George Burkhardt is listed as a friend of Sheikh.

**The Financial Transactions**

Grand Jury subpoenaed records from Western Union demonstrate that Sheikh's use of Western Union is extensive.  Western Union records covering the date range of December 31, 2005 through April 11, 2012 have been subpoenaed regarding any transactions involving Sheikh, Tahir, or any of the "straw names" seen in the email records recovered during search warrants.

A "Straw Name" is a name used to hide the true identity of the person using it.  The straw

10

name can be that of a real person, but being used by someone else, or it can be a completely fictitious name.

After the May 2007 email, Tahir Saeed's name begins to appear in the Western Union records. There are a total of 40 transactions sending money to Tahir from the US for the sum of $27,239. 7 of these transactions for the amount sum of $6,510 are from known US customers found in the emails. The dates for the Tahir Saeed transactions are July 21, 2007 – January 19, 2010.

Beginning in November 2010, communications are observed between Faysal Haq (also seen as Faisal Haq) and Sheikh. The communications can be sorted into two categories: identity cards and money transfer payments.

The communications regarding the identity cards indicate that Faysal is supplying Sheikh with electronic copies of Pakistan identification cards. An example of this is on July 13, 2011 when Sheikh advises Faysal "Waiting for the new names list." On July 15, 2011, Faysal responds with an e-mail with a subject line "New IDS". Attached to the e-mail are .jpg images of 24 Pakistan photo identification cards. Within days of receiving this e-mail, Sheikh instructs customers to send Western Union payments to the identities listed in the e-mail. This tactic using straw names indicates that Sheikh is making a concerted effort to avoid financial detection for the crimes that he is committing.

**Volume of Business from analysis of Western Union records**.

Analysis of the Western Union records along with the stored electronic communications on the various web sites used, show a grand total of 3,129 transactions listed in the Western Union records as being sent to one of the names known to be used by Sheikh for drug payments

between December 31, 2005 and April 11, 2012.  They total $2,603,000.  Of this total, 1,296 transactions, for $858,120, were sent from the United States.

There are 166 transactions sent to the name of Sheikh Waseem UL Haq from known US customers, for a total of $105,687 (Only 17 post-May 2007).  42 of these transactions are confirmed in the email records for a total of $32,491.

The other name used by Sheikh to send money to during the pre-May 2007 timeframe is Sameen Waseem.  There are a total of 3 email confirmed orders from US customers for a total of $2898.  There are an additional 43 transactions listed in the Western Union data as being from known US customers for a total of $30,474.

After the May 2007 email, Tahir Saeed's name begins to appear in the Western Union records.  There are a total of 40 transactions sending money to Tahir from the US for the sum of $27,239.  7 of these transactions for the amount sum of $6,510 are from known US customers found in the emails.  The dates for the Tahir Saeed transactions are July 21, 2007 – January 19, 2010.

**The Undercover Operation**

On October 19, 2010, during an undercover operation in which the FBI assumed the role of a U.S. internet customer seeking drugs over the internet, e-mails were sent to Waseem Enterprises via the two e-mail addresses listed on the website, "www.waseement.com" (info@waseement.com and sales@waseement.com).  These communications resulted in a response from info@waseement.com using the internet protocol (IP) address of 69.94.102.40.  This IP address is registered to OLM, LLC.  These opening communications resulted in an ongoing dialogue with a person identifying himself as "Alex."  Previous court ordered acquired e-mails revealed that Sheikh identified himself as Sheikh Alexander.

As part of the October 19, 2010 conversation, a drug order was placed with "Alex" of Waseem Enterprises.  2 tubes of Zovirax (Rx) and 64 packs of sildenafil citrate (Rx, generic version of Viagra not available for distribution in the U.S.) were ordered.  The $200.00 for the drugs and $80.00 shipping cost were sent to the name Irtiza Saeed, Karachi, Pakistan at the instruction of "Alex", MTCN (Western Union transaction number) 002-029-2591.  The requested prescription drugs were shipped from Pakistan to an undercover address in Washington, D.C., via package tracking number EB009638515PK.  Web-site addresses of www.ep.gov.pk and www.usps.com were given in the email to track the package.  The drugs were received by Agents on November 23, 2010.  They were tested by FDA and found to contain active ingredients as labeled.  Email addresses used by Waseem Enterprises during this transaction were:  info@waseement.com, and sales@waseement.com.  Emails sent by Waseem Enterprises contained the same company logo seen in email conversations with Stassinos and other early U.S. customers.

Between December 2010 and March 2012, undercover employee made five additional purchases from Waseem, approximate total of $9,500. Some of the drugs purchased include Hynidate (methylphenidate HCl, Schedule II), (referring to the controlled drug schedule) Wyeth Ativan (Lorazepam, Schedule IV), EPIZEP (clonazepam USP, Schedule IV), Parke-Davis Xanax (Alprazolam, Schedule IV), Roche Valium (Diazepam, Schedule IV), Novartis Ritalin (methylphenidate HCl, Schedule II). All of the drugs purchases were sent for analysis at the Food and Drug Administration's forensic laboratory in Cincinnati, Ohio,  and for those completed analysis, each analysis showed that the drugs shipped contained active ingredients as

labeled. Sheikh used both [alex.sheikh1@gmail.com](mailto:alex.sheikh1@gmail.com) and [sheikhw@hotmail.com](mailto:sheikhw@hotmail.com) for all correspondence during this transaction. In the footer of several of the emails sent by Sheikh, Sheikh advised "DISCLAIMER: DESTINATION CUSTOMS IS ALWAYS BUYERS' RISK. NO RESHIPPING". Also in the footer of several of the emails sent by Sheikh included "Sent from my Smartphone". Email analysis of the emails sent to the undercover employee revealed that several of the emails were sent from a Blackberry mobile telephone.

Thus far in the investigation, all of the packages received by the undercover operation from Pakistan match the physical description and avoidance techniques discussed by Sheikh in the earlier mentioned July 18, 2009 e-mail. All packages received thus far have been under one kilogram with an outer package layer of white cloth stitched closed at one end stamped with wax seals over the stitching. Inside the cloth layer is a manila paper layer wrapped multiple time with clear plastic tape. Inside the manila paper layer are two cut outs of cardboard rubber-banded together. Under each piece of cardboard is a piece of carbon paper. Between the layers of carbon paper are the products ordered. Often if the foil sheets of tablets are packed loose instead of in boxes, they will be rubber-banded together. In some of the packages, empty product boxes appear to be used as filler material. All of the materials shipped in ampoules/vials have been placed in plastic trays to avoid breakage and rattling.

**Conclusion**

The facts demonstrate that there is probable cause to believe that Waseem Ul Haq Sheikh and Tahir Saeed, both from Pakistan are involved as conspirators in the illegal importation of

controlled substance drugs involving schedules II, III, and IV, into the United States in violation of 21 U.S.C. §§952, 963.

_____      _____
Victoria K. Richtol, Special Agent                                                       Date
Federal Bureau of Investigation

Subscribed to and Sworn, before me this _____day of October, 2012.

_____

United States Magistrate Judge

For the District of Columbia